AFGO ENGINEERING CORPORATION, Respondent, *v.* THE STATE OF NEW YORK, Appellant.

(Claim No. 23556.)

(Argued October 11, 1935; decided October 25, 1935.)

*John J. Bennett, Jr., Attorney-General (Leon M. Layden* and *Henry Epstein* of counsel), for appellant.

*Horace B. Casey* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, LOUGHRAN and FINCH, JJ. Not sitting: HUBBS, J. Not voting: CROUCH, J.